# CRIMINAL COMPLAINT
(Electronically Submitted)

## United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
**Ignacio Robles-Sotelo**
YOB: 1975; Citizen of Mexico

**DOCKET NO.**

**MAGISTRATE'S CASE NO.**
21-07149MJ

Complaint for violation of Title 8, United States Code Section 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 13, 2021, at or near Tucson, Arizona, in District of Arizona, **Ignacio Robles-Sotelo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on October 07, 2008, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Ignacio Robles-Sotelo** is a citizen of Mexico. On October 07, 2008, **Ignacio Robles-Sotelo** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 13, 2021, agents found **Ignacio Robles-Sotelo** in the United States, at or near Tucson, Arizona, without the proper immigration documents. **Ignacio Robles-Sotelo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
LMG2
AUTHORIZED AUSA /s/Liza Granoff

**SIGNATURE OF COMPLAINANT (official title)**

**OFFICIAL TITLE**
Deportation Officer

Sworn to telephonically.

**SIGNATURE OF MAGISTRATE JUDGE**

**DATE**
April 13, 2021

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54